FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 24  PM 12: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WANITA BARRETT  o/b/o D.A.B., JR.          CIVIL ACTION

VERSUS                                     NO. 04-2385

JO ANNE B. BARNHART,                       SECTION: "A"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

### O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's case is remanded to the Commissioner for clarification and further development of Dr. Kronberger's testimony.

New Orleans, Louisiana, this 24th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____